UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

GERARDO DE LA LUZ CALIHUA,

    Defendant.

CASE NO. MJ26-161

**DETENTION ORDER**

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with reentry of a removed alien. If convicted he faces two years of imprisonment and almost certain removal to Mexico, his home country. Defendant thus has a strong incentive to flee. When federal agents attempted to arrest Defendant, he declined to get out of a truck he was driving, reversed his truck into a law enforcement vehicle, drove into another law enforcement vehicle, and drove away to a parking lot. He then left his truck and began to flee. Law enforcement chased him and was able to arrest him.  His alleged conduct shows he poses a serious risk to flee.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1)    Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal.

(2)    Defendant shall be afforded reasonable opportunity for private consultation with counsel.

(3)    On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

(4)    The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 17th day of March, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2